UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCAN CHART K/S,
**Plaintiff**

-v-

WAJILAM EXPORTS (SINGAPORE) PTE. LTD.,
**Defendant**

Case No.



Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___Scan Chart K/S___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 11/19/2004

Signature of Attorney

**Attorney Bar Code:** KL5072

Form Rule7_1.pdf