UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCAN CHART K/S                                         :

      Plaintiff,                                      :       04 Civ 9193 ( OAB )(fm)

  - against -                                             :

WAJILAM EXPORTS (SINGAPORE)             :
PTE. LTD.,
                                                                        :
      Defendant.
------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut   )
                                  )       ss: SOUTHPORT
County of Fairfield     )

    KEVIN J. LENNON, being duly sworn, deposes and says:

    1.    I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

    2.    I have attempted to locate Wajilam Exports (Singapore) Pte. Ltd. within this District. As part of my investigation to locate this Defendant within this District, I checked the telephone company information directory, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did not find any listing for this Defendant. Finally, I called the New York State Department of Corporations office which reports no listing or registration for this Defendant.

    3.    I submit that the Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4.      Upon information and belief, the Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of Hong Kong Shanghai Banking Corporation, HSBC Bank (USA) Inc., Deutsche Bank, Bank of America, J.P. Morgan Chase Manhattan Bank, Citibank, Bank of New York, Wachovia Bank, Wachovia Bank N.A., and Union Bank of California.

5.      This is Plaintiff's first request for this relief made to any Court.

**WHEREFORE**, the Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendant's tangible and intangible property within this District in the hands of Hong Kong Shanghai Banking Corporation, HSBC Bank (USA) Inc., Deutsche Bank, Bank of America, J.P. Morgan Chase Manhattan Bank, Citibank, Bank of New York Wachovia Bank, Wachovia Bank N.A., and Union Bank of California.

Dated: Southport, Connecticut
       November 19, 2004

_____
Kevin J. Lennon

Sworn and subscribed to before me
this 19th day of November, 2004.

_____
Notary Public