```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
SCAN CHART K/S,                          :
                                              04 Civ. 9193 (DAB)
                Plaintiff,               :
                                              FRCP RULE 7.1
        -against-                        :    STATEMENT

WAJILAM EXPORTS (SINGAPORE) PTE, LTD.,   :

                Defendant.               :
-----------------------------------------x
```

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, the undersigned counsel for defendant WAJILAM EXPORTS (SINGAPORE) PTE, LTD. (a private non-governmental party), certifies that respondents have no affiliate and/or subsidiary which has issued securities which are publicly held.

Dated:   New York, New York
         December 13, 2004

                          CARDILLO & CORBETT
                          Attorneys for WAJILAM EXPORT
                          (SINGAPORE) PTE. LTD.

                          By: _____
                             Francis H. McNamara (FM 4649)
                             29 Broadway
                             New York, New York 10006
                             Tel. No. 212-344-0464
                             Fax No. 212-797-1212