# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY
NEW YORK, NY 10006
(212) 344-0464

FAX: (212) 797-1212/509-0961
E-MAIL: CC@CARDILLOCORBETT.COM

FRANCIS H. MCNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 0 2 2006
```

February 1, 2006

Judge Paul A. Crotty
United States District Judge
United States Courthouse
40 Centre Street
Room 2102
New York, New York 10007-1312

Fax No. 212-805-6304

**STATUS REPORT**

**MEMO ENDORSED**

*February 1, 2006*

*The parties should submit an order on consent, signed by counsel for both parties, placing this matter in the suspense calendar for the period if the parties agree upon. The Court will "So order" the submission.*

*So ordered*
*Paul Crotty*
*USDJ*

Re: Scan Charts K/S v. Wajilam
Exports (Singapore) PTE. Ltd.
04 Civ. 9193 (PAC)
Our File: E-370

Dear Judge Crotty:

    We represent defendant Wajilam Exports (Singapore) Pte., Ltd. in this case involving an attachment of funds in aid of arbitration, pursuant to Supplemental Rule B of the FRCP. Defendant and plaintiff request that the matter be carried on the Court's suspense docket, for the follow reason.

    The underlying dispute between the parties is currently before arbitrators in London and an award is expected within six months. The parties believe that the award will lead to termination of the within action, hence it would be in the interests of the Court and the parties to refrain from proceedings before the Court at the present time.

    Please advise if this arrangement is acceptable to your Honor.

**MEMO ENDORSED**

Yours very truly,

Cardillo & Corbett

By: _____
Francis H. McNamara

cc: Patrick Lennon, Esq.
Tisdale & Lennon
212-869-0067