```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 8 2006
```

(ROTTY, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SCAN CHART K/S,                     :
                                        04 Civ. 9193 (PAC)
                 Plaintiff,         :
                                        CONSENT ORDER
       -against-                    :

WAJILAM EXPORTS (SINGAPORE) PTE, LTD., :

                 Defendant.         :
------------------------------------x

The captioned parties hereby consent through their respective undersigned attorneys that the within matter shall be placed on the Court's suspense docket for a period of six months from the date of this order.

Dated: March 6, 2006        TISDALE & LENNON
                            Attorneys for Plaintiff

                            By: _____
                                Patrick F. Lennon (PL 2162)


Dated: March 1, 2006        CARDILLO & CORBETT
                            Attorneys for Defendant

                            By: _____
                                Francis H. McNamara (FM 4649)

SO ORDERED: MAR 0 8 2006

_____
Paul A. Crotty, U.S.D.J.