USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 5 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SCAN CHART K/S,                      :
                                     :   04 Civ. 9193 (PAC)
                       Plaintiff,    :
                                     :   **CONSENT ORDER**
         -against-                   :
                                     :
WAJILAM EXPORTS (SINGAPORE) PTE, LTD., :
                                     :
                       Defendant.    :
------------------------------------x

**MEMO ENDORSED**

The captioned parties hereby consent through their respective undersigned attorneys that the within matter shall continue on the Court's suspense docket for a period of six months from the date of this order, *provided the parties submit a status report on the London arbitration which is mentioned in the parties letter of February 1, 2006. The report should be submitted within the next two weeks. PAC*

Dated: October 24, 2006    TISDALE & LENNON
                           Attorneys for Plaintiff

                           By: _____
                               Patrick F. Lennon (PL 2162)


Dated: October 23, 2006    CARDILLO & CORBETT
                           Attorneys for Defendant

                           By: _____
                               Francis H. McNamara (FM 4649)


SO ORDERED:

_____
Paul A. Crotty, U.S.D.J.