(RUTTY, J.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCAN CHART K/S,                                  :

      Plaintiff,                                       :

  - against -                                          :       04 Civ. 9193 (PAC)

WAJILAM EXPORTS (SINGAPORE) PTE LTD., :

      Defendant.                                   :
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 9 2008

### STIPULATION AND ORDER PARTIAL RELEASE OF ATTACHED FUNDS

WHEREAS, Plaintiff Scan Chart K/S ("Scan Chart") attached certain funds of the Defendant, Wajilam Exports (Singapore) Pte Ltd. ("Wajilam") in the sum of $265,608.00 pursuant to a December 3, 2004 Order of Maritime Attachment issued herein pursuant to Supplemental Admiralty Rule B; and

WHEREAS, following the court's order of July 24, 2007 the sum of $67,636.58 remains under attachment with the Garnishee(s) in possession; and

WHEREAS, on July 29, 2008 the arbitrators rendered their Final Award on costs and fees; and

WHEREAS, the parties have agreed that pursuant to the July 29, 2008 Final Award Plaintiff the Garnishees in possession shall pay to Plaintiff the sum of $52,135.13 from the attached funds in full satisfaction of the July 29, 2008 Final Award, with the balance of the attached funds being returned to the Defendant by the Garnishees in possession; and

WHEREAS, the parties have agreed that upon payment of the attached funds to the Plaintiff and Defendant as described herein this action shall be dismissed with prejudice;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**

1. The Garnishee(s) in possession of the funds attached in this action pursuant to the December 3, 2004 Order of Maritime Attachment shall, upon receipt of a copy of this Stipulation and Order remit the sum of $52,135.13 pursuant to directions provided in writing by Plaintiff, Scan Chart's counsel.

2. The Garnishee(s) in possession of the funds attached in this action pursuant to the December 3, 2004 Order of Maritime Attachment shall, upon receipt of a copy of this Stipulation and Order remit the balance of the attached funds in the sum of $15,500.45 pursuant to directions provided in writing by Defendant, Wajilam's counsel.

3. Upon payment of the attached funds as described above, this action is dismissed with prejudice.

Dated: August 29, 2008

SCAN CHART K/S

By: /s/ Patrick F. Lennon
Patrick F. Lennon, Esq. (PL 2162)
Lennon Murphy and Lennon, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
(212) 490-6070 fax
pfl@lenmur.com

- and -

WAJILAM EXPORTS (SINGAPORE) PTE LTD.

By: _____
Francis H. McNamara (FM 4649)
Cardillo & Corbett
29 Broadway, Suite 1710
New York, NY 10006
(212) 344-0464
(212) 797-1212 fax
fmcnamara@cordillocorbett.com

So Ordered:

_____ 8/29/08
USDJ

M